

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC AND 1776 ENERGY OPERATORS, LLC,**
Appellants

v.

**MARATHON OIL EF, LLC AND MARATHON OIL EF II, LLC,**
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On February 23, 2021, we ordered the court reporter, Leticia Murillo Escamilla, to appear before this court on March 18, 2021, to show cause why she should not be held in civil and criminal contempt of this court and sanctioned for violating this court's order requiring her to file the complete reporter's record in this case by February 9, 2021. On March 1, 2021, Ms. Escamilla filed Volumes 1 and 11 of the reporter's record. On March 5, 2021, Ms. Escamilla filed a supplemental volume of exhibits. It now appears that the complete reporter's record has been filed.

We ORDER that the show cause hearing, scheduled for March 18, 2021, is cancelled. We further ORDER that appellants' brief is due thirty days from the date of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court